IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOIS RIDDICK,                                No. C 04-02747 CW

    Plaintiff,                              ORDER

  v.

JO ANNE BARNHART, Commissioner of
Social Security,

    Defendant.
                               /

    On October 5, 2004, the above-captioned case was remanded, pursuant to stipulation, to the Commissioner for reconstruction of the administrative record in order to hold another hearing and to issue a new decision. Accordingly,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 3/13/06

                                              CLAUDIA WILKEN
                                              United States District Judge