```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOIS RIDDICK,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO.  04-02747 CW<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND NINE HUNDRED FIFTY SEVEN DOLLARS ($2,957.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY EIGHT DOLLARS ($158.00) in costs.  The checks are to be payable to plaintiff's counsel:

> TONY ARJO
> 1440 BROADWAY, SUITE 1019
> OAKLAND, CA 94612
> (510) 451-2334  FAX 2310

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access

to Justice Act.

    3. Payment of the TWO THOUSAND NINE HUNDRED FIFTY SEVEN DOLLARS ($2,957.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY EIGHT DOLLARS ($158.00) in costs will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: August 10 (sic), 2006            /s/
                                           TONY ARJO
                                           Attorney for Plaintiff

                                           KEVIN V. RYAN
                                           United States Attorney

Dated: August 7, 2006            By:      /s/
                                             SARA WINSLOW
                                             Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 8/11/06                              /s/ Claudia Wilken
                                         CLAUDIA WILKEN
                                         United States District Judge