IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS RIDDICK,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. C 04-2747 CW<br><br>ORDER RE PLAINTIFF'S ATTORNEY'S MOTION FOR ATTORNEYS' FEES |

    Plaintiff's counsel, Tony Arjo, moves, under 42 U.S.C. § 406(b), for an award of $12,000 in attorneys' fees.  The Social Security Administration has withheld $13,040.75, twenty-five percent of Plaintiff Lois Riddick's past-due benefits, for payment of any approved attorneys' fees.  As will be explained in a written order to follow, the Court finds that $6,000 is a reasonable amount, under 42 U.S.C. § 406(b), for the time Plaintiff's counsel spent on this case.  The Social Security Administration shall return the remaining $7,040.75 of the $13,040.75 that was withheld

1  to Plaintiff.
2        IT IS SO ORDERED.
3
4  Dated:  9/29/06

　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2